**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERCY LAVAE BACON,<br><br>        Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Respondents. | 2:05-cv-01418-ECR-LRL<br><br><br><br>**ORDER** |

      Petitioner has now submitted a signed Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. Respondents shall now be directed to respond.

      **IT IS THEREFORE ORDERED** that respondents shall have forty-five (45) days from the date of entry of this Order to answer, or otherwise plead to, the Petition for Writ of Habeas Corpus in this action. If respondents file an Answer, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254. Thereafter, petitioner shall have thirty days to file a responsive pleading or reply.

      Dated this 3rd day of January, 2006.

 

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE